United States District Court for the Northern District of Illinois Eastern Division

FILED
FEB 03 2015
FEB 03 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

aEE

Joseph Tillman
plantiff

v.

Edwards, et al.
defendant

Charles R. Norgle S
Honorable Judge

Case # 1:13-cv-02383

Sheila M. Finnegan
Magistrate Judge

## Motion, Inquiring Judgement on Motion to Compel Discovery on Defendant Cynthia Garcia.

Plantiff, Joseph Tillman, comes forth seeking an answer to Motion to Comply/Compel Discovery filed: September 21, 2014 by plantiff in this matter. The Honorable Judge gave order in regards to defendant Mindi Pierce. No answer was given in regards to the defendant Cynthia Garcia.

Plantiff began discovery with Cynthia Garcia with Interrogatories and Production of Documents on October 12, 2013. Plantiff submitted again Production of Documents and Interrogatories to Defendant when filing original motion to compel. Plantiff also submitted a good faith attempt to resolve discovery to Cynthia Garcia through counsel on her behalf Micheal R. Slovis Cunningham, Meyer & Verdine, P.C. 1 East Wacker Drive Suite

Suite 2200 Chicago Il. 60601.

These documents were submitted to the courts by Plantiff, Joseph Tillman, September 21, 2014, to date January 18, 2015, plantiff in this matter has not recieved judgement from this Honorable Judge regarding Cynthia Garcia.

Cynthia Garcia, or attorneys on her behalf, to this date, January 18, 2015, has yet to try to resolve any discovery issues. Due to this plantiff once again moves this court for an order pursuant to 37(a)(4) requiring Defendant Cynthia Garcia to pay plantiff the sum of $350.00ᵃᵃ, as reasonable expenses in obtaining this order. On the grounds that Defendants refusal to answer the interrogatories and production of documents, had no substantial justification. Also because defendants have not responded to plantiff at all in any capacity.

I ask that the Honorable Judge please grant Plantiff's Motion.

January 18, 2015

Respectfully Submitted,

*Joseph Tillman*

Joseph Tillman

#R-40962
P.O Box 1000
Menard, Il. 62259